Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

February 8 , 20 23

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSHUA D. FULLER,<br><br>Defendant. | NO. CR23-018 TL<br><br>INDICTMENT |

The Grand Jury charges that:

## COUNT 1

### (Escape from Custody)

On or about August 19, 2022, in King County, within the Western District of Washington, JOSHUA D. FULLER knowingly escaped the custody of the Federal Bureau of Prisons while housed at Pioneer Fellowship House, a residential reentry center located in Seattle, Washington, an institution and facility where he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment in a criminal case following a conviction for a felony offense in the United States District

Indictment – 1
*United States v. Fuller*
USAO No. 2022R01223

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Court for the Western District of Washington, by willfully failing to remain within the limits of his confinement and willfully failing to return within the time prescribed.

All in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about January 23, 2023, in Pierce County, within the Western District of Washington, JOSHUA D. FULLER, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.   *Felon in Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR19-079 JCC, on or about August 13, 2019;

ii.  *Distribution of Methamphetamine* and *Felon in Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR11-421 JCC, on or about June 8, 2012;

iii. *Unlawful Possession of a Firearm in the First Degree*, in King County Superior Court, under case number 06-C-07967-8, on or about December 8, 2006;

iv.  *Assault in the Third Degree*, in King County Superior Court, under case number 04-C-11529-5, on or about June 25, 2004;

v.   *Forgery*, in King County Superior Court, under case number 01-C-07296-6, on or about April 5, 2002; and

vi.  *Assault in the Second Degree*, in King County Superior Court, under case number 98-1-05929-6, on or about October 9, 1998.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Smith and Wesson .38 caliber revolver, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Indictment – 2
*United States v. Fuller*
USAO No. 2022R01223

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 2, JOSHUA D. FULLER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to a Smith and Wesson .38 caliber revolver and any associated ammunition, seized from the person of JOSHUA D. FULLER on or about January 23, 2023.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with a third party;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or,

5. has been commingled with other property which cannot be divided without difficulty;

//

//

//

Indictment – 3
*United States v. Fuller*
USAO No. 2022R01223

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: _February 8, 2023_

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

_____
BRIAN J. WYNNE
Assistant United States Attorney

Indictment – 4
*United States v. Fuller*
USAO No. 2022R01223

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970