**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr><td>Defendant Status</td><td>

Defendant Name: JOSHUA D. FULLER

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes     ☒ No               If yes:  Superseding Indictment

If yes, please enter the cause number below:

    Enter CR Cause Number here.   or     MJ 22-575 SKV

Has the Defendant had an initial appearance in this case in this district?     ☒ Yes     ☐ No
</td></tr>
<tr><td>Defendant Location</td><td>

☒ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☐ At large.

☐ Other: Click or tap here to enter text.
</td></tr>
<tr><td>Release</td><td>

☐ Continue Conditions of release

☒ Continue Detention

☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date.
</td></tr>
<tr><td>Arraignment</td><td>

☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

    ☐ Defendant Address: Click or tap here to enter text.

☒ Letter to defense counsel for appearance on: 2/16/2023

    ☒ Defense Counsel name and address: Vanessa Pai-Thompson
</td></tr>
<tr><td>Trial</td><td>

Estimated trial length (days): 2 days
</td></tr>
</table>